IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| UNITED STATES OF AMERICA | : | | |
|---|---|---|---|
| | : | | |
| vs. | : | DOCKET NUMBER: | 17-CR-20411-1 |
| | : | | |
| Delano HARPER | : | | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following sanction and special condition:

- X  Verbal reprimand to adhere to the following mandatory condition: "You must not commit another federal, state or local crime."
- X  Verbal reprimand not to use alcohol. Adhere to the following special condition: "The defendant shall not use or possess alcohol in any consumable form, no shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants."
- X  Add a condition for alcohol monitoring device for 30 days.
- X  Enroll in and/or participate in a domestic violence and/or receive treatment with an emphasis on anger management.
- X  Loss of credit in the HOPE Program for one month.
- ☐  Increased reporting to the probation officer as follows: _____
- ☐  Increased drug testing as follows: _____
- ☐  Participation in drug, alcohol, or mental health treatment.
- ☐  Complete _____ hours community service as directed.
- ☐  Comply with the following curfew restrictions or home confinement: _____
- ☐  Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
- ☐  Serve _____ days in jail, to be released on _____
- ☐  Termination from the H.O.P.E Program.
- ☐  Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on <u>March 21, 2024</u> at the U.S. Courthouse in the <u>Eastern District of Michigan</u>.

Dated this 16th day of February 2024.

_____
United States District Judge