IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA :
:
vs. : DOCKET NUMBER: 17-CR-20411-1
:
Delano HARPER :

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following verbal reprimand and sanction:

X Verbal reprimand to adhere to the following mandatory condition: "You must not commit another federal, state of local crime."
X Loss of credit for <u>two</u> months.
X Complete a Cognitive Behavior Therapy group.
X Do not use alcohol.
X Alcohol tether for up to 90 days.

☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
☐ Termination from the H.O.P.E. Program.
☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on <u>January 16, 2025</u>, at 2:00 p.m.

Dated this  Dec 19, 2024

United States District Judge